UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK ADAMS, | No. CV 10-02491-ODW (VBK) |
| Plaintiff, | ORDER (1) ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| v. | |
| MIGUEL ENRIQUEZ, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that (1) the Court accepts the findings and recommendations of the Magistrate Judge; and (2) the Court grants Defendants' Motion to Dismiss; and (3) Plaintiff's First Amended Complaint is dismissed without prejudice.

DATED: November 14, 2013

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE