UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANK ADAMS, | ) | No. CV 10-02491-ODW (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MIGUEL ENRIQUEZ, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Plaintiff's First Amended Complaint without prejudice.

DATED: November 14, 2013

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE